UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION


FIDELITY NATIONAL INFORMATION
SERVICES, INC.,

        Plaintiff,

vs.                                     **Case No. 8:08-CV-2127-T-27MAP**

CONRAD VEEN,

        Defendant.

_____/

## ORDER

**BEFORE THE COURT** is the Report and Recommendation submitted by the Magistrate

Judge recommending that Defendant's Motion to Dismiss (Dkt. 11) be denied. (Dkt. 26). Defendant

has filed objections to the Report and Recommendation. (Dkt. 28). After careful consideration of

the Report and Recommendation and Defendant's objections, in conjunction with an independent

examination of the file, Defendant's Motion to Dismiss (Dkt. 11) is **DENIED.**

Defendant objects to the facts set forth in the Report and Recommendation, which found that

employees of Arizona Federal Credit Union sent two emails regarding the indefinite postponement

of the program on which Defendant's commission was based. A review of the emails reveals that

an employee of Plaintiff actually sent the emails. (Am. Compl. Exs. 2, 3 (Dkts. 8-3, 8-4)).[1] To that

_____

[1] Although Defendant did not raise the argument in his motion to dismiss or objections, Exhibits 2 and 3
seemingly contradict the allegations in paragraphs 17 and 18 of the Amended Complaint and therefore raise a potential
question of whether the Amended Complaint has stated viable causes of action. *See, e.g., Griffin Indus., Inc. v. Irvin,*
496 F.3d 1189, 1206 (11th Cir. 2007).

Further, the Amended Complaint alleges that Defendant's May 6, 2008 email was an "inquiry" concerning the
status of the second half of his commission payment. (Am. Compl. ¶ 19, Ex. 4 (Dkt. 8-5)). On its face, the May 6th

extent, therefore, Defendant's objections are sustained. Notwithstanding, personal jurisdiction over Defendant is not based on these emails and their authorship does not affect the analysis in the Report and Recommendation. Counts II through V plead causes of action related to alleged misrepresentations in email correspondence that Defendant sent to Fidelity's offices in the State of Florida. Accordingly, it is **ORDERED** that

1)      Except for the portion of the statement of facts concerning the authorship of the emails attached as Exhibits 2 and 3 to the Amended Complaint, the Report and Recommendation (Dkt. 26) is adopted, confirmed, and approved in all respects and is made part of this order for all purposes, including appellate review.

2)      Defendant's Motion to Dismiss (Dkt. 11) is **DENIED.**

3)      Defendant shall answer the Amended Complaint within fifteen (15) days.

3)      The parties shall file a case management report in accordance with Local Rule 3.05(c)(2) within twenty (20) days of this order.

**DONE AND ORDERED** in Tampa, Florida, on this 28th day of September, 2009.

JAMES D. WHITTEMORE
United States District Judge

Copies to: Counsel of Record

---

email appears to be no more than a request for payment of a commission, rather than an affirmative misrepresentation. However, Defendant has not challenged whether the allegations in the Amended Complaint are sufficient to state a cause of action in tort related to that email.